**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**CAROL TURNER**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| CAROL TURNER, | No.   2:19-cv-02222-DMC |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| Andrew Saul, | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to May 22, 2020.

Plaintiff's attorney filed a motion for summary judgment May 4, will be filing a reply brief May 8, will file another reply brief May 12, filed a reply brief in the Ninth Circuit April 30, motions for summary judgment April 27, April 20, April 15, April 13, April 8, and so on.

[Pleading Title] - 1

Dated:   May 6, 2020                              /s/   *Jesse S. Kaplan*
                                                  JESSE S. KAPLAN
                                                  Attorney for Plaintiff


                                                  McGREGOR W. SCOTT
                                                  United States Attorney
                                                  DEBORAH LEE STACHEL
                                                  Regional Counsel, Region IX
                                                  Social Security Administration

Dated:   May 6, 2020                              */s/ per e-mail authorization*
                                                  CAROLYN CHEN
                                                  Special Assistant U.S. Attorney
                                                  Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to May 22, 2020.

SO ORDERED.

Dated:  May 14, 2020

                                                  _____
                                                  DENNIS M. COTA
                                                  UNITED STATES MAGISTRATE JUDGE