**JESSE S. KAPLAN    CSB#103726**
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

**Attorney for Plaintiff**
**CAROL TURNER**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **CAROL TURNER,** | No.   2:19-cv-02222-DMC |
| **Plaintiff,** | |
| | **STIPULATION AND ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Andrew Saul, | |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** _____/ | |

　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to May 26, 2020.

　　　This is a second request, of one additional business day. Plaintiff's attorney filed one motion May 18 but also handled five hearings on May 18 and 19, a sixth May 21, and had to draft three prehearing briefs May 19.

[Pleading Title] - 1

Dated:   May 21, 2020                                                        /s/     *Jesse S. Kaplan*
                                                                                             JESSE S. KAPLAN
                                                                                             Attorney for Plaintiff


                                                                                             McGREGOR W. SCOTT
                                                                                             United States Attorney
                                                                                             DEBORAH LEE STACHEL
                                                                                             Regional Counsel, Region IX
                                                                                             Social Security Administration

Dated:   May 21, 2020                                                          */s/ per e-mail authorization*
                                                                                             CAROLYN CHEN
                                                                                             Special Assistant U.S. Attorney
                                                                                             Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to May 26, 2020. Plaintiff's motion for summary judgment, filed on May 26, 2020, is deemed timely.

SO ORDERED.

Dated:  May 28, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE