MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| CAROL TURNER,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:19-cv-02222-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 35 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S BRIEF |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 35 additional days to respond to Plaintiff's opening motion for summary judgment. The current due date is June 25, 2020. The new due date will be July 30, 2020.

    This is Defendant's first request for an extension of time for briefing and the third request in this case overall. There is good cause for this request and not intended to delay. Since the filing of Plaintiff's opening motion for summary judgment, Defendant's counsel has diligently worked on various district court cases, including an district court oral argument, and other substantive non-court matters, some of which required more time to complete than anticipated or were continued.

1  Defendant requires additional time to review the record in this case to properly evaluate the issues
2  raised in Plaintiff's opening motion, to consider settlement options, and if not settling, to prepare
3  Defendant's response to Plaintiff's motion for summary judgment.
4      Thus, Defendant is respectfully requesting additional time up to and including July 30,
5  2020, to respond to Plaintiff's opening motion for summary judgment.  Defendant acknowledges
6  that the schedule has previously been extended and apologizes for the further delay and any
7  inconvenience caused by the delay.
8      The parties further stipulate that the Court's Scheduling Order shall be modified
9  accordingly.

                                               Respectfully submitted,

Date: June 24, 2020                     JESSE S. KAPLAN, ATTORNEY AT LAW

                                               *s/ Jesse S. Kaplan by C.Chen\**
                                               (As authorized by email on 6/24/2020)
                                               JESSE S. KAPLAN
                                               Attorney for Plaintiff

Date: June 24, 2020                     MCGREGOR W. SCOTT
                                               United States Attorney

                                               By *s/ Carolyn B. Chen*
                                               CAROLYN B. CHEN
                                               Special Assistant U. S. Attorney

                                               Attorneys for Defendant

                                                     <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  June 25, 2020

                                               DENNIS M. COTA
                                               UNITED STATES MAGISTRATE JUDGE