**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**CAROL TURNER**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| CAROL TURNER, | No.   2:19-CV-02222-DMC |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| Andrew Saul COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, in consideration of plaintiff's counsel's schedule/workload, and with the permission of the Court, that plaintiff's time to file a reply brief is extended by three business day to August 24. 2020.

This is a first extension, of three business days, so plaintiff's counsel can attend to various other work.

[Pleading Title] - 1

Dated:  August 19, 2020                                         /s/    *Jesse S. Kaplan*
                                                                JESSE S. KAPLAN
                                                                Attorney for Plaintiff




                                                                McGREGOR SCOTT
                                                                United States Attorney
                                                                DEBORAH LEE STACHEL
                                                                Regional Counsel, Region IX
                                                                Social Security Administration


Dated:  August 19, 2020                                          */s/ per e-mail authorization*

                                                                CAROLYN B. CHEN
                                                                Special Assistant U.S. Attorney
                                                                Attorney for Defendant




## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is extended to  August 24, 2020.


Dated:  August 27, 2020

                                                                _____
                                                                DENNIS M. COTA
                                                                UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2